**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of**<br>**Richard D. Bennett**<br>**United States District Judge**<br>**Northern Division** | **U.S. Courthouse - Chambers 5D**<br>**101 W. Lombard Street**<br>**Baltimore, MD 21201**<br>**Tel: 410-962-3190**<br>**Fax: 410-962-3177** |

February 14, 2024

**<u>LETTER ORDER</u>**

TO: COUNSEL OF RECORD

    RE:   *USA v. Moorefield, et al.*
              Criminal No. RDB-23-0354

Dear Counsel:

This will confirm that the Scheduling Order is REVISED as follows:

**Pretrial Conference**        **October 8, 2024 at 4:00 p.m.**

**Jury Trial**        **October 14, 2024 at 9:30 a.m.**

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

        Sincerely,

         /s/

        Richard D. Bennett
        United States District Judge